IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LACCINOLE, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BANKERS HEALTHCARE GROUP, LLC d/b/a BHG FINANCIAL,<br><br>Defendant. | CIVIL ACTION NO. 5:25-cv-00367-FJS-TWD |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Christopher Laccinole, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby files this notice of dismissal of the case without prejudice.

This 13th day of May, 2025.

*/s/ Brian R. Goodwin, Esq.*
Brian R. Goodwin, Esq.
*Counsel for Plaintiff*
Goodwin Law Firm
75 South Clinton Square
Suite 510 - #6955
Rochester, NY 14604

2

## CERTIFICATE OF SERVICE

I certify that on May 13, 2025, I caused a copy of the foregoing to be filed through the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

/s/ *Brian R. Goodwin, Esq.*
Brian R. Goodwin, Esq.
*Counsel for Plaintiff*